UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

**CIVIL ACTION NO. 05-217-DLB**

**ROBERT L. ROLAND, II.**                                      **PETITIONER**

**VS.**                    <u>**ORDER AND JUDGMENT**</u>

**JOHN MOTLEY, WARDEN**                                      **RESPONDENT**

*****************************

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge wherein she recommends that the Court deny Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. # 21), and Petitioner's objections thereto. (Doc. # 23). Having reviewed Petitioner's objections *de novo*, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

1. The objections to the Report and Recommendation of the Magistrate Judge be, and hereby are, **overruled**;

2. The Report and Recommendation of the Magistrate Judge be, and hereby is, **adopted** as the findings of fact and conclusions of law of the Court;

3. The Petition for Writ of Habeas Corpus (Doc. # 1) be, and hereby is, **denied**; and that this matter be, and hereby is, **dismissed with prejudice** and **stricken** from the docket of this Court;

1

4. That no certificate of appealability shall issue as there would be no arguable merit for an appeal, and therefore, an appeal would not be taken in "good faith" within the meaning of 28 U.S.C. § 1915(a); and

5. That all other pending motions[1] be, and are hereby **denied**.

This 22nd day of August, 2006.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Cov05\217-OrderAdoptingR&R.wpd

---

[1] They include a motion for an evidentiary hearing (Doc. # 17) and a motion for judgment. (Doc. # 22).